UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 1:21-cv-20929-JEM

LINET D. FERRER, for herself,
and on behalf of others similarly situated,

    Plaintiff (s),

v.

T K PROMOTIONS, INC.
d/b/a BT'S GENTLEMEN'S CLUB,
GREGG BERGER, individually,

    Defendants,
    _____/

**STATEMENT OF CLAIM**

Plaintiff LINET D. FERRER by and through its undersigned counsel, hereby submits pursuant to the Honorable Judge Jose E. Martinez' Order, dated April 13, 2021 [D.E. 6], Plaintiff's Statement of Claim. As grounds, the Plaintiff states:

1. Plaintiff endeavored at this stage of litigation to formulate its Statement of Claim on the basis of the best data available. Defendant and/or persons who are non-parties or who are no longer employees of Defendant may have relevant information or documents, but Plaintiff is not purporting to provide in this Statement of Claim, confirmed information, if any, presently possessed by such persons.

2. On March 9, 2021, Plaintiff LINET D. FERRER, through its undersigned counsel filed her Fair Labor Standards Act cause of action against her former employers, T K Promotions, Inc., d/b/a/ BT'S Gentlemen's Club, and Gregg Berger.

3. **Total Amount of Alleged Unpaid Wages**: Discovery in this cause of action is

ongoing. As such, subject to such additional or different information that discovery or further investigation may disclose, Plaintiff at this time alleges that a pre-discovery estimate that is due and owing to Plaintiff is as follows:

**A. <u>OVERTIME</u>** $1,807.48

\* Please note that these amounts are based on a preliminary calculation and that these figures could be subject to modifications as discovery could dictate.
Florida's minimum wage is higher than the federal minimum wage rate. As per FLSA regulations, the higher minimum wage applies.

a. <u>Total amount of alleged unpaid wages</u>:

  One Thousand Eight Hundred Seven Dollars and 48/100 ($1,807.48)

b. <u>Calculation of such wages</u>:

  Total time of employment: 4 years
  Total relevant weeks of employment: 21 weeks

  **1.- Overtime 2018, 21 weeks**

  Total relevant weeks: 21 week
  Florida minimum wage 2018: $8.25 x 1.5= $12.38
  O/T rate: $12.38

  i. Overtime for 10 weeks of 5 days of work

  Total relevant weeks: 10 weeks
  Total hours worked: 42.5 hours weekly
  Total unpaid O/T hours: 2.5 hours weekly
  O/T rate: $12.38

  O/T rate $12.38 x 2.5 O/T hours = $30.95 weekly x 10 weeks=$ 309.50

  ii. Overtime for 11 weeks of 6 days of work

  Total relevant weeks: 11 weeks
  Total hours worked: 51 hours weekly
  Total unpaid O/T hours: 11 hours weekly
  O/T rate: $12.38

  O/T rate $12.38 x 11 O/T hours = $136.18 weekly x 11 weeks= $1,497.98

    Total i and ii: $1,807.48

c. <u>Nature of wages:</u>

This amount represents unpaid overtime based on Florida minimum wage rate

**B.  MINIMUM WAGES:** $34,096.53

*Calculations have been made according to Florida Minimum Wage statute of limitations.

a. <u>Total amount of alleged unpaid wages:</u>

Thirty-Four Thousand Ninety-Six Dollars and 53/100 ($34,096.53)

b. <u>Calculation of such wages:</u>

Total time of employment: 4 years
Total relevant weeks of employment: 93 weeks

**1.- Florida Minimum wages 2016 @ $8.05 an hour= 42 weeks**

i.    Minimum wages for 21 weeks of 5 days of work
Total relevant weeks: 21 weeks
Total hours worked:  42.5 hours weekly
Total unpaid hours: 42.5 hours weekly
FL minimum wage rate:  $8.05 an hour

Min. wage rate $8.05 x 42.5 hours=$342.13 weekly x 21 weeks=$7,184.73

ii.    Minimum wages for 21 weeks of 6 days of work
Total relevant weeks: 21 weeks
Total hours worked:  51 hours weekly
Total unpaid hours: 51 hours weekly
FL minimum wage rate:  $8.05 an hour

Min. wage rate $8.05 x 51 hours=$410.55 weekly x 21 weeks=$8,621.55

**2.- Florida Minimum wages 2017 @ $8.10 an hour= 30 weeks**

i.    Minimum wages for 15 weeks of 5 days of work
Total relevant weeks: 15 weeks
Total hours worked:  42.5 hours weekly
Total unpaid hours: 42.5 hours weekly

      FL minimum wage rate: $8.10 an hour

      Min. wage rate $8.10 x 42.5 hours=$344.25 weekly x 15 weeks=$5,163.75

  ii.   Minimum wages for 15 weeks of 6 days of work
     Total relevant weeks: 15 weeks
     Total hours worked: 51 hours weekly
     Total unpaid hours: 51 hours weekly
     FL minimum wage rate: $8.10 an hour

     Min. wage rate $8.10 x 51 hours=$413.10 weekly x 15 weeks=$6,196.50

**3.- Florida Minimum wages 2018 @ $8.25 an hour= 21 weeks**

     Min. wage rate $8.25 x 40 hours=$330.00 weekly x 21 weeks=$6,930.00

     Total unpaid Florida minimum wages #1, #2, and #3: $34,096.53

  c.  <u>Nature of wages</u>:

This amount represents unpaid Florida Minimum Wages.

**C.**  **<u>Attorney's Fees and Costs</u>:  To be determined.**

4. Plaintiff LINET D. FERRER is One Thousand Eight Hundred Seven Dollars and 48/100 ($1,807.48) in overtime wages; plus, Thirty-Four Thousand Ninety-Six Dollars and 53/100 ($34,096.53) in minimum wages; plus a reasonable amount in Attorney's Fees and Costs.

5. Therefore, Plaintiff is owed a total amount of $71,808.02 ($35,904.01 unliquidated + $35,904.01 liquidated) plus a reasonable amount in Attorney's Fees and Costs.

WHEREFORE, based on the foregoing, the Plaintiff LINET D. FERRER, files her Statement of Claim.

Dated: April 30, 2021

                    Respectfully submitted,

                    **ZANDRO E. PALMA, P.A.**

**Attorney for Plaintiff**
9100 S. Dadeland Blvd.
Suite 1500
Miami, FL 33156
Telephone:  (305) 446-1500
Facsimile:   (305) 446-1502
zep@thepalmalawgroup.com
BY:  __s/Zandro E. Palma___
Zandro E. Palma Esq.
Florida Bar No.: 0024031

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 30, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

BY:  __s/Zandro E. Palma___
Zandro E. Palma Esq.
Florida Bar No.: 0024031
**ZANDRO E. PALMA, P.A.**
9100 S. Dadeland Blvd.
Suite 1500
Miami, FL 33156
Telephone:  (305) 446-1500
Facsimile:   (305) 446-1502
zep@thepalmalawgroup.com
*Attorney for Plaintiff*

## SERVICE LIST

Adi Amit, Esquire
**ADI AMIT, P.A.**
101 Centre
101 N.E. Third Avenue, Suite 300
Ft. Lauderdale, Florida 33301
adi@defenderofbusiness.com
*Attorney for Defendants*

Zandro E. Palma, Esq.
**Law Offices of Zandro E. Palma, P.A.**
9100 South Dadeland Blvd. Suite 1500
Miami, FL 33156
Telephone: (305) 446-1500
Facsimile: (305) 446-1502
zep@thepalmalawgroup.com
*Attorney for Plaintiff*