UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 1:21-cv-20929-JEM

LINET D. FERRER, for herself,
and on behalf of others similarly situated,

       Plaintiff(s),

v.

T K PROMOTIONS, INC.,
d/b/a BT'S GENTLEMEN'S CLUB,
and GREGG BERGER, individually,

       Defendants,
_____/

## MEDIATOR'S REPORT

Daniel T. Feld, Esq., the undersigned Certified Mediator, reports to this Honorable Court as follows:

The Mediation was held virtually on **December 14, 2021 @ 10:00 A.M.**

_____ AN AGREEMENT WAS REACHED.

    _____ The Agreement is attached with consent of the parties.

  ✓ NO AGREEMENT WAS REACHED; IMPASSE.

_____ The parties wish to continue settlement negotiations and may reconvene for a continuation of the Mediation. If no Notice of an agreement is filed with the Court on or before the end of business on \_\_\_/\_\_\_/\_\_\_, then this matter shall be deemed at an impasse.

_____ Other: _____

_/s/ Daniel T. Feld_
Daniel T. Feld, Esq., Florida Bar No.: 0037013
MF#: DF-10685