UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:21-cv-20929-JB

LINET D. FERRER, for herself and on behalf of
others similarly situated,

    Plaintiff,

v.

T K PROMOTIONS, INC. d/b/a BT'S GENTLEMEN'S CLUB, GREGG BERGER, individually,

    Defendants.

_____/

## JURY VERDICT FORM

1. Do you find from a preponderance of the evidence that LINET D. FERRER worked as an exotic dancer at TK Promotions, Inc, d/b/a BT's Gentlemen's Club?

    __✓__ YES

    _____ NO

    If the answer is YES, proceed to answer Question No. 2. If the answer is NO, proceed to have the foreperson sign the Jury Verdict Form, you do not have to answer any other question.

2. Is LINET D. FERRER owed minimum wages?

    __✓__ YES

    _____ NO

    If the answer is YES, proceed to answer Question No. 3.

    If the answer is NO, proceed to Question No. 4.

1

3. Did TK Promotions, Inc, d/b/a BT's Gentlemen's Club or GREG BERGER, know or show reckless disregard for whether their conduct was prohibited by the FLSA or the FMWA's minimum wage requirements?

    ✓ YES

    ___ NO

    If YES, you will need to determine minimum wage damages five years from the date she filed suit, the time frame from March 10, 2016 to July 17, 2018. LINET FERRER should be awarded unpaid minimum wages in the amount of: $ 38,952 . Continue to Question 4.

    If NO, you will need to determine minimum wage damages four years from the date she filed suit, the time frame being back to March 10, 2017 to July 17, 2018. LINET FERRER should be awarded unpaid minimum wages in the amount of: $_____. Continue to Question 4.

4. Is LINET D. FERRER owed overtime wages?

    ✓ YES

    ___ NO

    If YES, proceed to answer Question No. 5.

    If NO, proceed to have the foreperson sign the Jury Verdict Form, you do not have to answer any other question.

5. Did TK Promotions, Inc, d/b/a BT's Gentlemen's Club or GREG BERGER, know or show reckless disregard for whether their conduct was prohibited by the FLSA or the FMWA's overtime wage requirements?

    ✓ YES

    ___ NO

    If YES, you will have to determine overtime damages from March 9, 2018 until July 17, 2018. LINET FERRER should be awarded unpaid minimum wages in the amount of: $ 9,494 . Proceed to have the Foreperson sign the Verdict Form

    If NO, proceed to have the Foreperson sign the Verdict Form.

**SO SAY WE ALL.**

_____
JURY FOREPERSON

OCTOBER 4th, 2022
_____
DATE